IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

**ROSARIO ALMODOVAR MARTINEZ**

Debtor(s)

CASE NUMBER: **15-05125-EAG**

CHAPTER 13

**TRUSTEE'S MOTION TO MODIFY PLAN OR DISMISS
NOTICE AND CERTIFICATE OF SERVICE**

TO THE HONORABLE COURT:

COMES NOW, Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, and very respectfully ALLEGES, STATES and PRAYS:

1. This Honorable Court confirmed Debtor's plan dated 08/26/2015 (docket 14).

2. The Trustee respectfully requests the plan be amended based on the following:

    - **The confirmed plan is insufficiently funded to pay per proposed disbursement schedule.**

3. The deficiencies raised above constitute cause for dismissal of the case under 11 U.S.C. §1307(c)(1), unreasonable delay prejudicial to creditors, if the debtor(s) does(do) not modify the plan.

4. Debtor(s) is/are not member(s) of the U.S. Armed Forces, the Coast Guard, the Public Health Service or the National Oceanic and Atmospheric Administration, as evidenced by the Certificate issued by the U.S. Department of Defense, copy of which is attached only to the original of this motion and movant's copy.

Wherefore, it is respectfully requested from this Honorable Court to order the debtor(s) to modify the plan within 30 days. If the debtor(s) fails to amend the plan in a timely manner the Court should dismiss the case.

**NOTICE:** Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days, pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other

```
IN RE: 15-05125-EAG
MOTION TO MODIFY PLAN OR DISMISS
Page | 2
```

response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this date I electronically filed the above-document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non ECF/CM participants: debtor, and all parties in interest.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 28TH day of February 2020.

/s/ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA
Chapter 13 Trustee
PO Box 9024062
San Juan, PR 00902-4062
Phone 787-977-3500
Fax 787-977-3521
CA-SR

# CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| ALTAIR OH XIII LLC<br>C/O WEINSTEIN AND RILEY PS<br>2001 WESTERN AVE STE 400<br>SEATTLE, WA 98121 | ALTAIR OH XIII LLC<br>C/O WEINSTEIN AND RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 |
| ATT MOBILITY<br>PO BOX 536216<br>ATLANTA, GA 30353-6213 | BANCO POPULAR<br>PO BOX 362708<br>SAN JUAN, PR 00936-3228 |
| CAVALRY INVESTMENTS LLC<br>500 SUMMIT LAKE DRIVE STE 400<br>VALHALLA, NY 10595 | CAVALRY INVESTMENTS LLC<br>PO BOX 27288<br>TEMPE, AZ 85282 |
| DISH NETWORK<br>PO BOX 9033<br>LITTLETON, CO 80160 | EASTERN AMERICA INSURANCE CO<br>PO BOX 9023862<br>SAN JUAN, PR 00902-3862 |
| FINGERHUT<br>PO BOX 166<br>NEWARK, NJ 07101-0166 | JEFFERSON CAPITAL SYSTEM LLC<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD, MN 56302-9617 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 953185<br>ST LOUIS, MO 63195-3185 |
| MIGUEL ALVAREZ<br>BARRIADA DELICIAS 42<br>YAUCO, PR 00698 | ORIENTAL BANK<br>PO BOX 195115<br>SAN JUAN, PR 00919-5115 |

DATED: February 28, 2020

Rene Gomez
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 1 of 2 - CASE NO 15-05125-EAG

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| ORIENTAL BANK<br>PO BOX 364745<br>SAN JUAN, PR  00936-4745 | ORIENTAL BANK<br>PO BOX 364745<br>SAN JUAN, PR  00936-4745 |
| QUANTUM3 GROUP LLC<br>MOMA FUNDING LLC<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | ROSARIO ALMODOVAR MARTINEZ<br>430 A BARRIADA DELICIAS<br>YAUCO, PR  00698 |
| ROSARIO ALMODOVAR MARTINEZ<br>430 A BARRIADA DELICIAS<br>YAUCO, PR  00698 | |

DATED:    February 28, 2020

Rene Gomez
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 2 of 2    - CASE NO  15-05125-EAG

Case:15-05125-EAG13 Doc#:35 Filed:02/28/20 Entered:02/28/20 09:39:03 Desc: Main
Department of Defense Manpower Data Center Document    Page 5 of 6

Results as of : Feb-27-2020 09:47:29 AM
SCRA 5.3



# Status Report
## Pursuant to Servicemembers Civil Relief Act

SSN: XXX-XX-0095
Birth Date:
Last Name: ALMODOVAR MARTINEZ
First Name: ROSARIO
Middle Name:
Status As Of: Feb-27-2020
Certificate ID: N4JLVCBQXLKLG4P

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ? 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. ? 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC ? 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC ? 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC ? 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.